LEO J. GERTNER, Appellant, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

STUART L. CRAWFORD, Appellant, v. LUCY W. CRAWFORD, Respondent.— Motion granted and appeal dismissed, upon the ground that the order is not appealable.

IRENE McNAMARA, as Administratrix, etc., of EDWARD B. McNAMARA, Respondent, v. EASTMAN KODAK COMPANY, Appellant, Impleaded with Others.— Upon reargument, judgment and order affirmed, with costs. All concur, except Foote and De Angelis, JJ., who dissent and vote for reversal and granting a new trial, upon the ground that defendant's exceptions to the charge of the court and its refusal to charge as requested, were well taken. [See 188 App. Div. 997; 189 id. 923.]

THE THOMAS J. CAIE COMPANY, Respondent, v. ERIK HEYL, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the evidence in this case presented a question of fact for the consideration of the jury, and it was error for the trial court to direct a verdict in favor of the plaintiff. All concur.

EASTMAN KODAK COMPANY, Respondent, v. POWERS FILM PRODUCTS, INC., Appellant, Impleaded with Another.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. All concur.

JOHN WESLEY KING, Respondent, v. JOSEPH J. ALDRED, Appellant.— Judgment and order affirmed, with costs. All concur.

LAURA M. T. LAKE, Respondent, v. FRED F. DYE and Another, Appellants. — Judgment and order affirmed, with costs. All concur.

THOMAS W. BROWN, Respondent, v. AUGUSTINE AUTOMATIC ROTARY ENGINE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

ANDZEJ TYBURSKI, Respondent, v. STANDARD FIRE INSURANCE COMPANY OF HARTFORD, CONN., Appellant.— Orders affirmed, with ten dollars costs and disbursements, with leave to the defendant to comply with the order for bill of particulars within twenty days, if so advised.

LUCY P. WARD, Respondent, v. FREDERICK W. CLARK, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

LIBBIE D. BLAKE, Respondent, v. FREDERICK W. CLARK, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.